UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FRANCISCO BORJAS,
    APPELLANT,
VS.

ROD R. BIAGOJEVICH, et. al.,
    APPELLEES.

NO. 06C 2927
JUDGE HART
MAGISTRATE JUDGE LEVIN

## NOTICE OF APPEAL

NOW COMES FRANCISCO BORJAS, APPELLANT, PRO SE, UNDER 28 USC § 1291, PURSUANT TO RULE 4(a)(1)(B), HEREBY TO GIVE NOTICE THAT PLAINTIFF/APPELLANT APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT, THE DECISION OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, IN WHICH APPELLANT'S COMPLAINT UNDER 42 USC § 1983 WAS DISMISSED. THE ORDER OF THE DISTRICT COURT WAS ENTERED ON JUNE 22, 2006.

RESPECTFULLY SUBMITTED,

AUGUST 16, 2006

*Francisco Borjas*
PLAINTIFF/APPELLANT, PRO SE

1.