E-FILED
Monday, 18 September, 2006 02:52:31 PM
Clerk, U.S. District Court, ILCD



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

06-1239

FILED
SEP 18 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

September 15, 2006

John M. Waters, Clerk of Court
**URBANA DIVISION**
218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802

RE:   Francisco Borjas (#N-01840) -V- Rod R. Blagojevich, et al,
USDC Case No: 06 C 2927 - Judge William T. Hart

Dear Clerk
Enclosed is the certified record which is being transferred to your court pursuant to an order entered on August 22, 2006 by the Honorable William T. Hart . Enclosed is a certified copy of the transfer order and docket sheet and with two documents, nos. 5, and 12.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   Haydee Pawlowski
Deputy Clerk

Enclosures
New Case No. 06-1239     Date 9/18/06

APPEAL, LEVIN, PC, TRANSFER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:06-cv-02927

Borjas v. Blagojevich etal
Assigned to: Honorable William T. Hart
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/22/2006
Jury Demand: None
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

Francisco Borjas

represented by Francisco Borjas
N-01840
Pontiac - PON
P. O. Box 99
Pontiac, IL 61764
PRO SE

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ HAYDEE PAWLOWSKI
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: SEPTEMBER 15, 2006

V.

**Defendant**

Rod R Blagojevich

**Defendant**

Rodger E. Walker, Jr.

Service List

represented by Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

Prisoner Correspondence - Internal Use Only
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2006 | 1 | RECEIVED Complaint and two copies by Francisco Borjas (hp, ) (Entered: 05/26/2006) |
| 05/25/2006 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 05/26/2006) |
| 05/25/2006 | 3 | APPLICATION by Plaintiff Francisco Borjas for leave to proceed in forma pauperis and financial affidavit (Exhibits) (hp, ) (Entered: 05/26/2006) |

| 05/25/2006 | 4 | LETTER from Francisco Borjas dated 05/19/2006. (hp, ) (Entered: 05/26/2006) |
|---|---|---|
| 05/25/2006 | 5 | POST MARKED envelope for initiating document by Francisco Borjas (aew, ) (Entered: 06/06/2006) |
| 06/20/2006 | 7 | COMPLAINT filed by Francisco Borjas; (hp, ) (Entered: 06/23/2006) |
| 06/22/2006 | 8 | MINUTE entry before Judge William T. Hart : The plaintiff's application for leave to proceed in forma pauperis 3 is denied pursuant to 28 U.S.C. Section 1915(g). The complaint is summarily dismissed for the plaintiff's failure to advise the court that at least three of his previous cases have been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. The case is terminated. The plaintiff nevertheless remains obligated to pay the full $350 filing fee. Before pursuing any future litigation, the plaintiff must pay all outstanding fees. The clerk shall send a copy of this order to the trust officer at Pontiac Correctional Center. [For further details see text below.] Civil case terminated. Mailed notice (hp, ) (Entered: 06/23/2006) |
| 06/23/2006 | | MAILED to trust fund officer at Pontiac Correctional Center copy of minute order dated 06/22/2006. (hp, ) (Entered: 06/23/2006) |
| 08/22/2006 | 9 | NOTICE of appeal by Francisco Borjas regarding orders 8 ; (Fee Due) (dj, ) (Entered: 08/23/2006) |
| 08/22/2006 | 11 | MINUTE entry before Judge William T. Hart : The Order of June 22, 2006 is vacated. The clerk is directed to reinstate this case on the docket. This action is transferred to the United States District Court for the Central District of Illinois at Urbana for whatever other action the transferee court deems appropriate. The clerk shall not issue summonses unless the transferee court so directs. The case and all pending motions are terminated on this court's docket. [For further details see text below.] Mailed notice (hp, ) (Entered: 08/23/2006) |
| 08/22/2006 | 12 | POST MARKED envelope for notice of appeal by Francisco Borjas (aew, ) (Entered: 08/25/2006) |
| 08/23/2006 | 10 | TRANSMITTED to the 7th Circuit the short record on 8/23/06 notice of appeal 9. Notified counsel (dj, ) (Entered: 08/23/2006) |
| 08/25/2006 | 13 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 9 ; USCA Case No. 06-3259 (hp, ) (Entered: 08/29/2006) |
| 08/25/2006 | 14 | CIRCUIT Rule 3(b) Notice to plaintiff dated 08/23/2006. (hp, ) (Entered: 08/29/2006) |
| 09/15/2006 | 15 | TRANSFERRED to the USDC Central District of IL at Urbana the electronic case file, with documents number 5 and 12, certified copy of transfer order, and docket sheet via certified mail number 7004 2510 0001 9599 6530 (hp, ) (Entered: 09/15/2006) |

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2927 | **DATE** | 8/22/2006 |
| **CASE TITLE** | Francisco Borjas (# N-01840) v. Rod R. Blagojevich, et al. | | |

**DOCKET ENTRY TEXT:**

The Order of June 22, 2006 is vacated. The clerk is directed to reinstate this case on the docket. This action is transferred to the United States District Court for the Central District of Illinois at Urbana for whatever other action the transferee court deems appropriate. The clerk shall not issue summonses unless the transferee court so directs. The case and all pending motions are terminated on this court's docket.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

Plaintiff, a state prisoner confined at the Pontiac Correctional Center ("Pontiac"), brought this *pro se* civil rights action against Defendants Governor Rod Blagojevich and Rodger E. Walker, Jr., Director of the Illinois Department of Corrections. Plaintiff asserted that Defendants violated his constitutional rights by confiscating and destroying his property, denying him necessary medical care, and depriving him of out-of-cell exercise for 90 days. The action was summarily dismissed for Plaintiff's failure to advise the court that at least three of his previous cases had been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See* Minute Order of June 22, 2006.

Before the court's dismissal order was docketed, Plaintiff paid the statutory filing fee. Consequently, the complaint must proceed to a threshold review under 28 U.S.C. §1915A. However, without expressing an opinion as to the merits of the complaint, the court finds that venue does not lie in this judicial district.

Under 28 U.S.C. § 1391(b), a civil rights action under § 1983 may be brought only in: (1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

| | Courtroom Deputy Initials: | SB |
|---|---|---|

## STATEMENT

The court discerns no basis for venue in this district. The events giving rise to this lawsuit took place at the Pontiac Correctional Center, where Plaintiff is confined. Pontiac is in Livingston County, which is situated in the federal judicial district of the Central District of Illinois. See 28 U.S.C. § 93(b). Presumably, Defendants can be found in that district. Venue does, therefore, exist in the Central District of Illinois and, given the particulars of this case, that district is clearly the most convenient forum for this action.

For the foregoing reasons, this action is transferred to the United States District Court for the Central District of Illinois at Urbana pursuant to 28 U.S.C. § 1406(a) for whatever other action the transferee court deems appropriate. The clerk shall not issue summonses unless the transferee court so directs.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By .................................................
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 09-15-2006