

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

September 22, 2006

Francisco Borjas, N01849
Pontiac Correctional Center
P O Box 99
Pontiac, IL  61764

        RE: Borjas v. Blagojevich, et al.
        CASE NO. IN NDIL: 06-02927
        CASE NO. IN PEORIA: 06-1239

Dear Mr. Borjas:

    Pursuant to an Order of the Court, the above case has been transferred to the Peoria Division of the Central District of Illinois. All future pleadings should be filed with the Clerk in Peoria at the above address and should indicate the Peoria Civil Case Number only.

    When filing pleadings, please send an original and one copy of each pleading, if you wish to have a file-stamped copy returned to you. You must also enclose a self-addressed, stamped envelope, or the document will not be returned to you.

        Very truly yours,

        s/John M. Waters

        JOHN M. WATERS, CLERK
        U.S. DISTRICT COURT

JMW/msl