# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA
# VIDEO WRIT

| CASE NAME:<br><br>Borjas v. Bladojevich, et al. | CASE NO.<br><br>06-1239 | Beginning Date of Hearing:<br><br>10/31/06 | Type of Hearing: Merit Review<br>Length of Hearing: 1 hour |
|---|---|---|---|

**TO: THE WARDEN OF PONTIAC CORRECTIONAL CENTER**
   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Francisco Borjas | N01840 | Pontiac Correctional Center | 10/31/06 | 2:00 p.m. |
| Judge Baker | | Urbana Federal Courthouse | 10/31/06 | 2:00 p.m. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dated: September 25, 2006

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _s/M. Leininger_____
    DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98