F. BORJAS N-01842
BOX  
PONTIAC, IL. 61764

E-FILED
Tuesday, 21 November, 2006 12:15:54 PM
Clerk, U.S. District Court, ILCD

FILED
NOV 21 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

11-17-06

USDC
CENTRAL DIST ILL.
PEORIA, ILL. 61602

RE: BORJAS V. BLAGOJEVICH, ET.AL.
    06-1239

DEAR CORRESPONDENT,

I HOPE THIS FINDS YOU WELL. I'VE HAD TO COMMUNICATE SOME CRITICAL INFORMATION, ASKING FOR HELP, TO STATE REPRESENTATIVE LOVANA JONES. IT IS OF AN URGENT MATTER, REGARDING, TOO THE INMATE'S DEATH THAT OCCURRED HERE AT PONTIAC — "2 CELLS AWAY FROM ME" — ON 11-14-06. IT IS A "WRONGFUL DEATH" — AND BECAUSE I DON'T HAVE MONEY IN MY ACCOUNT — THE PRISON REFUSED TO MAIL OUT THE PACKAGE TO THE STATE REPRESENTATIVE. THIS IS UNUSUAL — IT IS ALWAYS CHARGED TO MY ACCOUNT WHEN IT IS LEGAL MAIL OR MAIL TO LEGISLATORS —

HENCE — I ENCLOSED ALL THOSE CONTENTS IN ANOTHER ENVELOPE AND SENT IT TO MY EMBASSY — AS I AM A FOREIGN NATIONAL — AND ASKED THEM TO PLEASE FORWARD IT FOR ME.

(1 OF 2)

TODAY — THIS PACKAGE WAS ALSO RETURNED FOR THE SAME REASON. IT IS A MOST URGENT MATTER, BECAUSE I BELIEVE THE PRISON EMPLOYEES ARE TRYING TO COVER UP WHAT REALLY HAPPENED. ALL MY MAIL TO THE MEXICAN EMBASSY HAS ALWAYS BEEN FORWARDED, TOO — REGARDLESS IF I HAVE MONEY IN MY ACCOUNT OR NOT.

I AM IN A CRITICAL SITUATION AND DON'T KNOW HOW I WILL BE ABLE TO MAIL THIS OUT — UNTIL SOMEONE MAILS ME SOME MONEY. CAN YOU PLEASE MAIL IT FOR ME AT THE COURT'S EXPENSE? I WILL GLADLY REIMBURSE THE COURT. THE PRISON MAY NOT DARE NOT MAILING THIS PACKAGE TO YOU. COULD YOU PLEAS DRAW UPON YOUR SENSE OF EQUITY AND PATRIOTIC DUTY, AND PLEASE MAIL THIS TO MY EMBASSY — AS IT IS ADDRESSED.

I M GRATEFUL FOR YOUR CONCERN AND THANK YOU FOR YOUR INTEGRITY.

SINCERELY YOURS,

Francisco

(2 of 2)