**E-FILED**
Thursday, 30 November, 2006, 03:05:11 PM
Clerk, U.S. District Court, ILCD

F. BORJAS N 50150
BOX 99
PONTIAC, IL. 61764
11-28-06

USDC
Cent. Dist. IL.
PEORIA, ILLINOIS

**FILED**

NOV 3 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: BORJAS v. BLAGOJEVICH, et. al. 06-1239

DEAR CORRESPONDENT,

I HOPE THIS FINDS YOU WELL. THIS CASE
WAS SCHEDUALED FOR A "MERIT REVIEW"
ON 10-31-06. DURRING THIS TIME I WAS
BEING KEPT IN AN OBSERVATION CELL
UNDER SUICIDE WATCH, HERE AT THE PONTIAC
CORRECTIONAL CENTER'S HEALTH CARE UNIT.
I NOTIFIED THE SGT. IN CHARGE, AND HE TOLD
ME THAT MY WRIT HAD BEEN CANCELED —
THAT SOMEONE WOULD BE IN TOUCH.

I HAVEN'T RECIEVED ANY KIND OF MAIL
FROM THIS COURT NOR HAVE I BEEN TOLD
ANYTHING ABOUT THE STATUS OF MY CLAIM.
THE DEFENDANTS HAVE NOT BEEN SERVED, THAT
I AM AWARE OF. SO, I DON'T UNDERSTAND
WHAT'S GOING ON.

OVER ⟶

Could you please TELL ME THE STATUS
OF MY CASE — IF I'VE MISSED ANY
DEAD-LINES, etc.?
    I WOULD GREATLY APPRECIATE YOUR
CONCERN.

                    SINCERELY YOURS,