FILED
DEC 28 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Thursday, 28 December, 2006  11:47:31 AM
Clerk, U.S. District Court, ILCD

F. BORJAS N-01840
Box 99
PONTIAC, ILL. 61764

12-25-06

USDC CENT. ILL.
PEORIA, ILLINOIS

RE: 06-1239    BORJAS v. BLAGOJEVICH, ET AL

DEAR MADAME OR SIR,

    I HOPE THIS FINDS YOU WELL. THE DEFENDANTS HAVE NOT BEEN SERVED IN THIS CASE. I AM WRITTING TO ASK THE STATUS OF MY CASE. (SEE ATTACHED).

    I AM A PRISONER AND SOME DOCUMENTS WERE "LOST" BY GUARDS AS I WAS MOVED. THIS COURT HAD SCHEDUALED A "MERIT REVIEW" HEARING FOR 10-31-06. I WAS ON SUICIDE WATCH — SGT. GARETT, TOLD ME IT HAD BEEN CANCELLED. I WAITED — AND RECIEVED NOTHING FROM THIS COURT. I WROTE YOU TO INQUIRE — IN NOVEMBER -06, AND HAVE RECIEVED NO REPLY.

    CAN YOU PLEASE TELL ME WHAT'S GONE ON WITH MY CLAIM? I WOULD APPRECIATE YOUR CONCERN.

SINCERELY YOURS,
Francisco Borjas

3 ATTACHMENTS    (1 OF 2+2)

## CERTIFICATE OF SERVICE

I, FRANCISCO BORJAS, HEREBY CERTIFY, PURSUANT TO TITLE 28 § 1746 AND TITLE 18 § 1621 THAT I HAVE SENT THROUGH THE UNITED STATES MAIL A COPY OF THIS DOCUMENT TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, AT 309 U.S. COURT HOUSE, 100 N.E. MONROE STREET, PEORIA, ILLINOIS 61602, BY PLACING THE COPY OF THE SAME IN THE U.S. MAILING SYSTEM AT THE PONTIAC CORRECTIONAL CENTER, WHERE I AM CONFINED, BEARING FIRST CLASS POSTAGE — I DULY DECLARE UNDER PENALTY OF PERJURY, ON THIS 25TH DAY OF DECEMBER, 2006.

*Francisco Borjas*
FRANCISCO BORJAS
PLAINTIFF PRO SE

2 ATTACHMENTS

(2 OF 2 + 2)

Order Form (01/2005)   Case 1:06-cv-02927   Document 11-1   Filed 08/22/2006   Page 1 of 2

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 2927 | DATE | 8/22/2006 |
| CASE TITLE | Francisco Borjas (# N-01840) v. Rod R. Blagojevich, et al. | | |

**DOCKET ENTRY TEXT:**

The Order of June 22, 2006 is vacated. The clerk is directed to reinstate this case on the docket. This action is transferred to the United States District Court for the Central District of Illinois at Urbana for whatever other action the transferee court deems appropriate. The clerk shall not issue summonses unless the transferee court so directs. The case and all pending motions are terminated on this court's docket.

■ [For further details see text below.]                                                  Docketing to mail notices.

## STATEMENT

Plaintiff, a state prisoner confined at the Pontiac Correctional Center ("Pontiac"), brought this *pro se* civil rights action against Defendants Governor Rod Blagojevich and Rodger E. Walker, Jr., Director of the Illinois Department of Corrections. Plaintiff asserted that Defendants violated his constitutional rights by confiscating and destroying his property, denying him necessary medical care, and depriving him of out-of-cell exercise for 90 days. The action was summarily dismissed for Plaintiff's failure to advise the court that at least three of his previous cases had been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See* Minute Order of June 22, 2006.

Before the court's dismissal order was docketed, Plaintiff paid the statutory filing fee. Consequently, the complaint must proceed to a threshold review under 28 U.S.C. §1915A. However, without expressing an opinion as to the merits of the complaint, the court finds that venue does not lie in this judicial district.

Under 28 U.S.C. § 1391(b), a civil rights action under § 1983 may be brought only in: (1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

| | Courtroom Deputy Initials: | SB |
|---|---|---|

Page 1 of 2

| STATEMENT |
|---|

The court discerns no basis for venue in this district. The events giving rise to this lawsuit took place at the Pontiac Correctional Center, where Plaintiff is confined. Pontiac is in Livingston County, which is situated in the federal judicial district of the Central District of Illinois. See 28 U.S.C. § 93(b). Presumably, Defendants can be found in that district. Venue does, therefore, exist in the Central District of Illinois and, given the particulars of this case, that district is clearly the most convenient forum for this action.

For the foregoing reasons, this action is transferred to the United States District Court for the Central District of Illinois at Urbana pursuant to 28 U.S.C. § 1406(a) for whatever other action the transferee court deems appropriate. The clerk shall not issue summonses unless the transferee court so directs.