E-FILED
Wednesday, 21 February, 2007 01:24:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FRANCISCO BORJAS,
    PLAINTIFF;
v.
Rod R. BLAGOJEVICH, et. al.,
    DEFENDANTS.

No. 1:06-CV-1239

## EXECUTED WAIVER OF SERVICE

Now comes FRANCISCO BORJAS, PLAINTIFF, PRO SE, pursuant to Rules 4(d), 4.1.(a), and 5(e), of the Federal Rules of Civil Proceedure, moving this Honorable Court to enter waiver of service from the Defendant in this cause, and state the following:

1. Plaintiff has executed waiver of service upon the above named Defendant.
2. The document is presented here with this instrument.
3. Plaintiff ends this document placing himself before the country, and hereby demands relief.

February 19th, 2007

*Francisco Borjas*
PLAINTIFF, PRO SE

F. BORJAS N-01840
PONTIAC C. C.
BOX 99
PONTIAC, IL 61764

(3 ATTACHMENTS)

1 OF 1

WAIVER OF SERVICE OF SUMMONS

TO: Francisco Beyca No. N-01840, Plaintiff, pro se
Pontiac Correctional Center, Box 99
Pontiac, Illinois 61764

I acknowledge receipt of your request that I waive service of summons in the action of: Beyca v. Blagojevich, et al., case no. 06-1239, in the United States District Court for the Central District of Illinois Peoria Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 of the F.R.C.P. is not served upon you within 60 days after date request was sent.

1 of 3

(CONT. W.S.S.)

Duty to avoid unnecessary costs of Service of Summons.

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the U.S. to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all objections and defenses (except any relating to the summons or the service of summons), and may later object to the jurisdiction of the court or

2 of 3

---

DATE
JANUARY 31, 2007

SIGNATURE
/s/ Rod Blagojevich

PRINTED/TYPED NAME:
ROD BLAGOJEVICH
AS GOVERNOR
OF ILLINOIS

(CONT. W.S.S.)

to the place where the action has been brought

A defendant who waives service must within the time specified in the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was recieved.