# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FRANCISCO BORJAS**

vs.

Case Number:    **06-1239**

**ROD R. BLAGOJEVICH, etal**

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that case is dismissed for failure to state a claim pursuant to 28:1915(A) and the property claim is dismissed.

ENTER this 9th day of March, 2007

JOHN M. WATERS, CLERK

s/ H. Kallister
BY:  DEPUTY CLERK

06-1239